# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL LAVERNT ROBINSON, JR., ) | 1:05-CV-1165 AWI LJO HC |
| Petitioner, ) | |
| v. ) | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| RICHARD J. KIRKLAND, Warden, ) | [Doc. #5] |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 17, 2006, Petitioner filed an application to proceed in forma pauperis and a certified copy of his prison trust account. Examination of these documents reveals that Petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   January 25, 2006**          /s/ Lawrence J. O'Neill
23ehd0                                 UNITED STATES MAGISTRATE JUDGE