UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNELL LAVERNT ROBINSON, JR., | ) | 1:05-CV-1165 AWI LJO HC |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING MOTION FOR ASSIGNMENT OF RECORDS |
| RICHARD J. KIRKLAND, Warden, | ) | [Doc. #8] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 6, 2006, Petitioner filed a pleading entitled, "Motion for Assignment of Records, 'ie' [sic] Files Transcripts Filed." Petitioner claims that his trial counsel kept him "in the dark" by not turning over his legal documents in a reasonable time. Apparently, Petitioner is concerned that in the event he is appointed counsel, he may undergo the same problems with his new counsel. Petitioner's request for appointment of counsel has been denied; therefore, Petitioner's concerns are moot. Petitioner is advised that he will continue to be served with all pleadings in this matter.

IT IS SO ORDERED.

**Dated:   March 16, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                              UNITED STATES MAGISTRATE JUDGE