# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL LAVERNT ROBINSON, JR., ) | 1:05-CV-1165 AWI LJO HC |
| Petitioner, ) | |
| v. ) | ORDER DISMISSING MOTION FOR EXTENSION OF TIME AS MOOT [Doc. #24] |
| RICHARD J. KIRKLAND, Warden, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 13, 2006, Petitioner filed a request for an extension of time to file his traverse. However, Petitioner already filed his traverse on June 12, 2006.

Accordingly, Petitioner's motion for extension of time is DISMISSED as moot.

IT IS SO ORDERED.

**Dated:   June 21, 2006**              /s/ Lawrence J. O'Neill
23ehd0                                  UNITED STATES MAGISTRATE JUDGE