IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNELL LAVERNT ROBINSON

    Petitioner,                          Case No. 1:05-cv-01165 ALA (HC)

    vs.

RICHARD J. KIRKLAND, et. al.,

    Respondents.                      **ORDER**

_____/

    In response to this Court's Order for additional briefing, Petitioner filed a motion for additional time to submit his brief. (Doc. 35). This Court now VACATES its Order for additional briefing (Doc. 34).

    Accordingly, IT IS HEREBY ORDERED that:

    1. This Court's Order for additional briefing is VACATED; and

    2. Petitioner's motion for additional time is DENIED as moot.

/////

DATED: May 2, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation